IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES MARVIN BALES, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:07-0495 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| GEORGE LITTLE, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In accordance with the Memorandum filed herewith, the Defendants' motion to dismiss (Docket Entry Nos 31 and 35) are **GRANTED** and Plaintiff's claims against the Defendants: George Little, Quentin White, Robert Waller, Gil Mathis, David Sehorn, Drs. Ivans, Osegbue, and Alexander, Bijaura Ramakrishnaiah and Mohammad Rassekhi are **DISMISSED with prejudice**. Any appeal of this Order would not be in good faith as required by 28 U.S.C. §1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

Entered this the 28th day of August, 2008.

William J. Haynes. Jr
United States District Judge